UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWAR HABR, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>RXMAPPER, LLC, et al.,<br><br>    Defendants. | Case No.  23-cv-02061-YGR<br><br>**PRETRIAL SCHEDULING ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | October 18, 2024 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 18, 2024<br>Rebuttal: October 31, 2024[1] |
| EXPERT DISCOVERY CUTOFF: | November 8, 2024 |
| MOTION FOR SUMMARY JUDGMENT DUE: | November 22, 2024 |
| OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: | December 13, 2024 |
| REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT: | December 20, 2024 |
| HEARING ON MOTION FOR SUMMARY JUDGMENT: | January 8, 2025, at 2:00 p.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 31, 2025 |
| PRETRIAL CONFERENCE: | Friday, February 14, 2025, at 9:00 a.m. |
| TRIAL DATE: | Monday, March 3, 2025, at 8:00 a.m. for Jury Trial |

---

[1] Should plaintiffs' expert report be disclosed earlier than October 18, 2024, defendants will have thirteen days to serve their rebuttal.  For instance, if plaintiffs serve their expert report on October 11, 2024, defendants' deadline to serve a rebuttal report would be October 24, 2024.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**